UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 26-61849-CV-DIMITROULEAS**

YEISER ALBERTO PEREZ GARCIA,

    Petitioner,

v.

WARDEN, BROWARD
TRANSITIONAL CENTER,

    Respondent.

_____/

## <u>ORDER REQUIRING EXPEDITED RESPONSE FROM RESPONDENT</u>

**THIS CAUSE** is before the Court on Petitioner Yeiser Alberto Perez Garcia ("Petitioner")'s Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (the "Petition") [DE 1]; Emergency Motion for Expedited Consideration and for an Immediate Ruling, [DE 4]; and Emergency Motion for Temporary Restraining Order and Stay of Removal, [DE 5]. Petitioner raises two issues: (1) he expressed a fear of persecution and torture if removed to Guatemala, but was neither provided a credible-fear interview pursuant to 8 U.S.C. § 1225(b)(1)(A)(ii) nor a reasonable-fear interview pursuant to 8 C.F.R. §§ 208.31 and 241.8(e); and (2) that he was denied an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a). The Court has considered the Petition and accompanying motions, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Emergency Motion for Temporary Restraining Order and Stay of Removal [**DE 5**] is **GRANTED IN PART**. Any removal proceedings to which Petitioner is now or may be subjected shall be **ADMINISTRATIVELY STAYED** pending the resolution of the

Petition. Respondent **SHALL NOT** transfer or remove Petitioner outside of the geographical boundaries of the Southern District of Florida during the pendency of these proceedings and until further Order of this Court.

2.  No later than **July 9, 2026**, Respondents shall file a response to the Petition.

3.  Petitioner may file a reply on or before **July 14, 2026**.

4.  Petitioner's Emergency Motion for Expedited Consideration and for an Immediate Ruling [**DE 4**] is **DENIED** as moot in light of this order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of July 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov

Yeiser Alberto Perez Garcia, *Pro Se*
A# 222592945
Broward Transitional Center
Inmate Mail/Parcels
3900 North Powerline Road
Pompano Beach, FL 33073

2